# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 21, 2018

## NO. 03-18-00428-CV

**Yvonne Brown, Appellant**

**v.**

**Coffee Traders, Inc., Appellee**

**APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND**
**REVERSED AND REMANDED—OPINION BY JUSTICE PURYEAR**

This is an appeal from the order signed by the district court on June 7, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the district court's order and remands the case to the district court for further proceedings consistent with the Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.